**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Denley Earl WALTERS, Defendant–
Appellant.**

No. 02–7169.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 25, 2002.

Denley Earl Walters, Appellant Pro Se. Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

**PER CURIAM.**

Denley Earl Walters appeals the district court's orders denying his motion for re-consideration of the denial of his motion for relief from judgment pursuant to Fed. R.Civ.P. 60(b)(5), and denying his later motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Walters,* Nos. CR–93–190; CA–02–223–1 (M.D.N.C. filed May 9, 2002 & entered May 10, 2002; filed July 3, 2002 & entered July 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*